**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF FLORIDA**
**GAINESVILLE DIVISION**


LESSIE M. MCKINNEY,

       Plaintiff,

vs.                              CASE NO.: 1:08-CV-249-SPM/AK

UNITED STATES OF AMERICA,

       Defendant.

_____/


## <u>ORDER</u>

THIS CAUSE comes before the Court on the Defendant's Motion for

Leave to File a Motion for Summary Judgment After the Dispositive Motion

Deadline (doc. 35) and Plaintiff's Motion for Extension of Time to Respond to the

Motion for Summary Judgment (doc. 36). Upon consideration, it is hereby

ORDERED AND ADJUDGED as follows:

1.      The Defendant's Motion for Leave to File is granted. The Motion for

        Summary Judgment is hereby accepted as timely filed.

2.      The Plaintiff's Motion for Extension of Time is granted. Plaintiff

        shall have until May 28, 2010, to respond to the Defendant's

        Motion for Summary Judgment.

3.      In order that the Court may have sufficient time to consider the

        Motion for Summary Judgment and Response, trial in this matter is

        continued and the revised date and time of trial will be scheduled

by separate order.

SO ORDERED this <u>twentieth</u> day of May, 2010.

_s/ Stephan P. Mickle_

Stephan P. Mickle
Chief United States District Judge